IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHAWN ALEXANDER, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID DIGUGLIELMO, et al. | : | No. 10-692 |
| Defendants | : | |

## ORDER

AND NOW, this 19th day of January, 2012, upon independent consideration of the petition for writ of *habeas corpus*, and after a careful review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (Document #30) and the Objections to the Report and Recommendation (Doc. #37) and the Response thereto (Doc. #39) it is hereby ORDERED that:

1. The petitioner's objections (Doc. # 37) are OVERRULED;

2. The Report and Recommendation (Doc. #30) is APPROVED and ADOPTED;

3. The petition for writ of habeas corpus (Doc. #1) is DENIED with prejudice and without an evidentiary hearing;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.